Jacob M. Merrill, 4967
PENTHOUSE 2, UNION PLAZA
1136 Union Mall
Honolulu, Hawaii 96813
Tel:(808)536-4456
Fax: (808)524-5133
email: merrillj001@hawaii.rr.com

Attorneys for Plaintiff
O'NIEL LEIBA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| O'NIEL LEIBA,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES AIR FORCE; SGT. MILES JORDAN MURPHY; JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERNMENT ENTITIES 1-10,<br><br>          Defendants. | CIVIL NO. _____<br><br>(ASSAULT AND BATTERY; NEGLIGENT TRAINING; NEGLIGENT SUPERVISION)<br><br>COMPLAINT; JURY DEMAND; SUMMONS |

## COMPLAINT

Plaintiff ONEIL LEIBA above named, by and through his counsel, Jacob M. Merrill, for causes of action against Defendants UNITED STATES AIR FORCE and SGT. MILES JORDAN MURPHY, alleges and avers as follows:

1. At all times material to this Complaint, Plaintiff ONEIL LEIBA (hereinafter "ONEIL LEIBA") is of Jamaican descent with black skin color, black kinky hair and beard and has been a resident of the City and County of Honolulu, State of Hawaii and

a civilian employee with the United States Navy.

  2. At all times material to this Complaint, Defendant UNITED STATES AIR FORCE is an entity of the United States of America which operates in the City and County of Honolulu, State of Hawaii and has waived its sovereign immunity under the Federal Tort Claims Act.

  3. At all times material to this Complaint Defendant SGT. MILES JORDAN MURPHY is a white Caucasian male and a resident of the City and County of Honolulu, State of Hawaii and in the employ of Defendant UNITED STATES AIR FORCE.

JURISDICTION

  4. Plaintiff O'NEIL LEIBA'S claims are brought pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346 et seq.

  5. Plaintiff reviewed records of the Department of Commerce and Consumer Affairs in order to ascertain the true and full names and identities of all Defendants in this action, but as not further knowledge or information regarding the parties responsible and is unable to ascertain the identity of the Defendants in this action designated as JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10, DOE CORPORATIONS 1-10 and DOE GOVERNMENT ENTITIES 1-10 (hereinafter collectively referred to as "Doe Defendants"); said Defendants are sued hereunder under fictitious names for the reason that their true names and identities are unknown to Plaintiff except that they may be connected in some manner with Defendants and may be agents, servants, employees, employers, representatives, co-venturers, associates, or independent contractors of Defendants and/or were in some manner presently unknown to Plaintiff engaged in the activities alleged herein and/or were in

some manner responsible for the injuries or damages to Plaintiff and their "true names, identities, capacities, activities, and/or responsibilities" are presently unknown to Plaintiff or his attorneys.

6. Plaintiff ONEIL LEIBA was in Building 1207 on Joint Base Pearl Harbor Hickam on June 30, 2014. Plaintiff ONEIL LEIBA was acting within the scope of his employment while waiting for his escort certificate. ONEIL LEIBA was sitting in a chair facing a computer screen.

7. Defendant SGT. MILES JORDAN MURPHY, in his United States Air Force uniform and based on information an belief working for Defendant UNITED STATES AIR FORCE at the time, walked up behind Plaintiff ONEIL LEIBA and kicked his chair with such force the chair "jumped" forward pushing Plaintiff ONEIL LEIBA into the desk.

8. Plaintiff ONEIL LEIBA was injured as a result of Defendant SGT. MILES JORDAN MURPHY's actions.

9. Defendant SGT. MILES JORDAN MURPHY based on information and belief were racially motivated.

10. Defendant UNITED STATES AIR FORCE is responsible and/or liable for the acts of its agents and/or servants and/or employees.

11. Defendant UNITED STATES AIR FORCE is accordingly responsible and/or liable for the acts of Defendant SGT. MILES JORDAN MURPHY on June 30, 2014.

12. Defendant UNITED STATES AIR FORCE negligently supervised Defendant SGT. MILES JORDAN MURPHY on June 30, 2014.

13.     Defendant UNITED STATES AIR FORCE negligently trained Defendant SGT. MILES JORDAN MURPHY and on June 30, 2014 Plaintiff O'NEIL LEIBA suffered the consequences of Defendant UNITED STATES AIR FORCE's negligent training of Defendant SGT. MILES JORDAN MURPHY.

14.     Plaintiff O'NEIL LEIBA timely filed his complaint for racial discrimination with the Equal Employment Opportunity Office.  The Equal Employment Opportunity Office declined to proceed stating that Defendant SGT. MILES JORDAN MURPHY was not in Plaintiff O'NEIL LEIBA's "chain of command" and therefor lacked jurisdiction to proceed.

15.     Plaintiff O'NEIL LEIBA timely submitted his Federal Tort Claim Act Demand on or about March 15, 2016.  The United States Air Force denied Plaintiff O'NEIL LEIBA claim on September 30, 2016.

As a direct and proximate cause of Defendants' actions or omissions, jointly and severally, ONEIL LEIBA has suffered serious bodily injury, severe pain and suffering, severe emotional distress, medical and/or rehabilitative expenses and/or special damages and amounts to be proved at trial.

WHEREFORE, Plaintiff ONEIL LEIBA  herein demands judgment against Defendants, jointly and severally, as follows:

A.     General and special damages in amounts to be proven at the time of trial;

B.     Special damages in amounts which will be proved at trial;

C. Attorney's fees, costs of suit, pre-judgment interest from the date of the accident, and such other and further relief as this Court deems just and proper.

DATED: Honolulu, Hawaii, November 16, 2016.

>*/s/Jacob M. Merrill*
>JACOB M. MERRILL
>Attorney for Plaintiff
>ONEIL LEIBA

<u>JURY DEMAND</u>

Plaintiff ONEIL LEIBA, by and through his counsel, Jacob M. Merrill, HEREBY DEMAND A TRIAL BY JURY on all issues triable by jury.

DATED: Honolulu, Hawaii, November 16, 2016.

                                         */s/Jacob M. Merrill*
                                         JACOB M. MERRILL
                                         Attorney for Plaintiff
                                         ONEIL LEIBA