```
ELLIOT ENOKI (#1528)
Acting United States Attorney
District of Hawaii

THOMAS A. HELPER  (#5676)
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-3752
Email:    Tom.Helper@usdoj.gov

Attorneys for Defendants
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| O'NEIL LEIBA,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNITED STATES OF AMERICA,<br>JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10; DOE CORPORATIONS 1-10; and DOE GOVERNMENT ENTITIES 1-10,<br><br>    Defendants. | CIVIL NO. 16-00614 LEK RLP<br><br>NOTICE OF SUBSTITUTION OF UNITED STATES AS DEFENDANT; CERTIFICATION OF ELLIOT ENOKI; CERTIFICATE OF SERVICE |

NOTICE OF SUBSTITUTION OF UNITED STATES AS DEFENDANT

Pursuant to 28 U.S.C. § 2679(d)(1), as amended by Public Law 100-694, and the Certification of Elliot Enoki, Acting United States Attorney for the District of Hawaii, the United States hereby gives notice that the United States of

1

America is substituted as defendant herein in place of defendants United States Air Force and Sgt. Miles Jordan Murphy.

DATED: September 26, 2017, at Honolulu, Hawaii.

ELLIOT ENOKI
Acting United States Attorney
District of Hawaii

/s/ Thomas A. Helper

By
  THOMAS A. HELPER
  Assistant U.S. Attorney

Attorneys for United States
of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| O'NEIL LEIBA, | ) CIVIL NO. 16-00614 LEK RLP |
| | ) |
| Plaintiff, | ) CERTIFICATE OF SERVICE |
| | ) |
| vs. | ) |
| | ) |
| UNITED STATES OF AMERICA, ET AL., | ) |
| | ) |
| Defendants. | ) |
| | ) |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT, on this date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served via CM/ECF

Jacob M. Merrill          merrillj001@hawaii.rr.com

DATED:  September 26, 2017, at Honolulu, Hawaii.

/s/ Thomas A. Helper
_____