KENJI M. PRICE   #10523
United States Attorney
District of Hawaii

EDRIC M. CHING   #6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: edric.ching@usdoj.gov

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| O'NEIL LEIBA,<br><br>         Plaintiff,<br><br>   vs.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | CIVIL NO. 16-00614 LEK-WRP<br><br>STIPULATION TO DISMISS ALL PARTIES AND CLAIMS WITH PREJUDICE; ORDER |

STIPULATION TO DISMISS ALL PARTIES
AND CLAIMS WITH PREJUDICE

IT IS HEREBY STIPULATED by and between the parties above-

named, by and through their respective counsel undersigned, pursuant to Rule

41(a)(1)(ii), Federal Rules of Civil Procedure, that the respective claims by brought

by Plaintiff O'NEIL LEIBA as to Defendant United States of America be dismissed with prejudice, each party to bear its own fees and costs. There are no remaining claims or parties.

This document can be signed in counterparts.

DATED: August 8, 2019, at Honolulu, Hawaii

KENJI M. PRICE
United States Attorney
District of Hawaii

/s/ Jacob M. Merrill
_____
JACOB M. MERRILL
Attorney for Plaintiff
O'NEIL LEIBA

/s/ Edric M. Ching
By _____
EDRIC M. CHING
Assistant U.S. Attorney
Attorneys for Defendant
UNITED STATES OF AMERICA

APPROVED AND SO ORDERED:



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

O'NEIL LEIBA v. USA; Civil No. 16-00578 LEK WRP
"Stipulation to Dismiss All Claims and Parties With Prejudice; Order"